UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                              Crim. No. 18-180 (PAM/KMM)

          Plaintiff,

v.                                                                                      **ORDER**

Ryan Isiah Thompson,

          Defendant.
_____

This matter is before the Court on Defendant Ryan Isiah Thompson's fifth Motion to modify his sentence under the First Step Act. As in his previous motions, Thompson asserts that his serious health conditions warrant his release. For the following reasons, the Court denies Thompson's Motion without prejudice.

The First Step Act allows the Court to order a defendant's release for "extraordinary and compelling reasons." 18 U.S.C. § 3582(c)(1)(A)(i). Such reasons may include a terminal illness, "a serious physical or medical condition," or other condition "that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility." U.S.S.G. § 1B1.13, cmt. n.1(A)(ii). Thompson's previous Motions argued that his medical conditions—including asthma, neurological issues, bladder problems, mental-health difficulties, paraplegia, and deep-vein thrombosis—warranted his early release from confinement, especially against the backdrop of the COVID-19 pandemic.

In his instant Motion, Thompson claims that his health is deteriorating due to challenges from being wheelchair bound and that he is not receiving sufficient care at FMC Lexington. Thompson indicates that a social worker at his facility, "Lt. R. Farrell," supports his release, but provides no statement from her in support of the Motion. (See Docket No. 153 at 20.) Additionally, Thompson provided correspondence from Warden David Paul indicating that his request for compassionate release was sent to the "Central Office for further review," after "appear[ing] to meet the requirements at an institutional level," but Thompson has not provided any further information to the Court regarding that review. (Docket No. 154-1 at 1.) And Thompson provides no medical records in support of his Motion. Without more, the Court reaches the same conclusion that it has regarding Thompson's previous motions: although Thompson believes his health conditions are "extraordinary and compelling reasons," 18 U.S.C. § 3582(c)(1)(A)(i), the Court finds that the balance of the sentencing factors countenance against the relief Thompson seeks.

Accordingly, **IT IS HEREBY ORDERED that:**

1. Defendant's Motion for Compassionate Release (Docket No. 153) is **DENIED**;

2. Defendant's Motion for Leave to Amend (Docket No. 154) is **DENIED**; and

3. Defendant's Motion to Expedite (Docket No. 156) is **DENIED**.

Dated: <u>July 1, 2025</u>                                           *s/ Paul A. Magnuson*
                                                                                    Paul A. Magnuson
                                                                                    United States District Court Judge